**Order entered November 24, 2020**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00851-CR

### DESMOND RENARD FISHER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F19-00024-Y

## ORDER
Before Justices Myers, Pedersen, III, and Carlyle

Before the Court is former counsel's November 14, 2020 letter which we will treat as a motion to reconsider our November 13, 2020 order. We **DENY** the motion.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to Valencia Bush; and to counsel for the parties.

/s/    CORY L. CARLYLE
       JUSTICE